# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1776

_____

United States of America,       *
           *
        Appellee,       *
           *    Appeal from the United States
     v.            *    District Court for the
           *    District of Minnesota.
Carl James McPipe,       *
           *    **[UNPUBLISHED]**
        Appellant.       *

_____

Submitted:  October 25, 1999
Filed:  October 29, 1999

_____

Before LOKEN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Carl James McPipe challenges the sentence imposed by the district court[1] after he pleaded guilty to aiding and abetting the distribution of .2 grams of cocaine base within 1,000 feet of a school, in violation of 21 U.S.C. §§ 841(a)(1) and 860, and 18 U.S.C. § 2.  McPipe's counsel has filed a brief, in which he argues that the court erred in denying a two-level minor-role reduction under U.S. Sentencing Guidelines Manual § 3B1.2 (1997), and McPipe's counsel has moved to withdraw pursuant to <u>Anders v.</u>

_____

[1]The HONORABLE JOHN R. TUNHEIM, United States District Judge for the District of Minnesota.

<u>California</u>, 386 U.S. 738 (1967).  Although we granted McPipe permission to file a pro se supplemental brief, he has not done so.

We conclude that the district court's denial of the minor-role reduction is unreviewable because the court granted the government's downward-departure motion and sentenced McPipe to a term of imprisonment below the range that would have resulted if he had received the minor-role reduction.  <u>See</u> <u>United States v. Coleman</u>, 132 F.3d 440, 441 (8th Cir.) (per curiam) (denial of mitigating-role reduction unreviewable where defendant receives sentence below applicable Guidelines range with or without requested reduction), <u>cert. denied</u>, 118 S. Ct. 1821 and 119 S. Ct. 116 (1998).

After review of counsel's <u>Anders</u> brief, along with our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.  Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.